UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE WESTHALL, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:09cv1118(RNC) |
| OR-LIVE, INC., | : |
| Defendant. | : |

### RECOMMENDED RULING MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND GENERAL RELEASE

Pending before the court is the defendant's "Motion for Approval of the Settlement Agreement and General Release." (Doc. #36.) For the reasons set forth below, the court recommends[1] that the motion be granted.

I.  Factual Background

In July 2009, the plaintiff, Suzanne Westhall, commenced this action against the defendant, OR-Live, Inc., alleging that the defendant failed to pay her overtime wages in violation of the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 et seq. and discriminated against on her on the basis of gender in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq. On June 21, 2010, the undersigned conducted a settlement conference during which the parties appeared and were represented by counsel. During the conference, the parties reached a settlement and

---

[1] On July 15, 2010, United States District Judge Robert N. Chatigny referred the motion to the undersigned. (Doc. #37.)

August 19, 2010. Approved and adopted in the absence of objection. So ordered.
/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.